IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Yvette Palmer,<br><br>    Plaintiff<br><br>   v.<br><br>Enhanced Recovery Company LLC,<br><br>    Defendant. | CIVIL ACTION<br><br><br>NO. 16-3559 |

## O R D E R

**AND NOW**, this 9th day of February 2017, after review of documents ECF 11, ECF 13, ECF 14, ECF 16, ECF 20, ECF 23, along with all associated memoranda, attachments, and exhibits thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Enhanced Recovery Company's Motion for Summary Judgment (ECF 11) is **GRANTED**.

Therefore, Plaintiff's Complaint, ECF 3, is dismissed.  Plaintiff's Motion to Strike (ECF 14) is denied as moot.

The Clerk shall close this case.

                           **BY THE COURT:**

                           /s/ Michael M. Baylson
                           **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-3559 Palmer v Enhanced Recovery\16cv3559 Summary Judgment Order.docx